Robert W. Thompson, Esq.. (SBN 106411)
Christine Schenone, Esq. (SBN 115270)
**CALLAHAN, McCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, California 92780-3397
Tel:   (714) 730-5700
Fax:  (714) 730-1642
E-mail:      Robert_Thompson@cmwlaw.net
             Christine_Schenone@cmwlaw.net

Attorneys for Plaintiffs GENARO PEREZ, individually and on behalf of all persons similarly situated and the general public

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENARO PEREZ, individually and on behalf of all persons similarly situated and the general public<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO MORTGAGE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No.: C 3:05-CV2722 MHP<br>Judge: Marilyn Hall Patel<br>Courtroom 15<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE TOLLING OF DEFENSE OF STATUTE OF LIMITATIONS ON ALL CLAIMS PENDING OUTCOME OF MULTI-DISTRICT LITIGATION MOTION FOR TRANSFER AND COORDINATION** |

　　　　WHEREAS, on March 22, 2005, the California State Court action entitled *Mevorah v. Wells Fargo Home Mortgage, Inc.* was removed to the U.S. District Court, Northern District of California; and

　　　　WHEREAS, on July 1, 2005, the case entitled *Perez v. Wells Fargo Mortgage Company* was filed in the U.S. District Court, Northern District of California; and

　　　　WHEREAS, on December 19, 2005, the case entitled *Perry v. Wells Fargo Home Mortgages, Inc.* was filed in the U.S. District Court, Southern District of Illinois; and

1  WHEREAS, defendant Wells Fargo Home Mortgage ("Wells Fargo") has
2  requested a stay in each district court in order to coordinate the three pending actions ;
3  and
4  WHEREAS, Plaintiff Perez is filing a Motion for Transfer and Coordination
5  pursuant to 28 U.S.C. § 1407 before the Judicial Panel on Multidistrict litigation; and
6  WHEREAS, Wells Fargo supports Plaintiff Perez's Motion for Transfer and
7  Coordination.
8  **NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR**
9  **RESPECTIVE COUNSEL OF RECORD, STIPULATE AND AGREE THAT:**
10  1. Defendant Wells Fargo hereby agrees that any applicable Statute of Limitations
11  with respect to claims by putative class members or assertion of defenses by Wells Fargo
12  in the *Perez v. Wells Fargo Mortgage Company* matter will be tolled from the date of the
13  signing of this Stipulation to the date of the ruling on Plaintiff Perez's Motion for
14  Transfer and Coordination pending before the Judicial Panel on Multidistrict Litigation.

15  DATED: February 17, 2006          CALLAHAN, McCUNE & WILLIS, APLC

16                                    By _____
17                                    ROBERT W. THOMPSON
                                      Attorneys for the Plaintiff,
18                                    GENARO PEREZ, on behalf of
                                      themselves and all other similarly situated
19                                    persons and the general public

20  DATED: February 16, 2006          ALLEN MATKINS LECK GAMBLE &
                                      MALLORY LLP
21
22                                    By _____
                                      LINDBERGH PORTER, JR.
23                                    Attorneys for the Defendant, WELLS
                                      FARGO HOME MORTGAGE, a division
24                                    of WELLS FARGO BANK, NATIONAL
                                      ASSOCIATION
25
                                      [~~PROPOSED~~] ORDER
26  IT IS SO ORDERED. *This order does not resolve the*
27  DATED: 2/21/06 , 2006 *request for [stay?], but only*
28  *approves the stipulation*
    *re tolling.*                     _____
                                      Hon. Marilyn H. Patel

- 2 -

STIPULATION AND [PROPOSED] ORDER RE TOLLING OF STATUE OF LIMITATIONS ON ALL CLAIMS