|   |   |
|---|---|
| 1 | LINDBERGH PORTER, JR., Bar No. 100091 |
|   | RICHARD H. RAHM, Bar No. 130728 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | 650 California Street |
|   | 20th Floor |
| 4 | San Francisco, CA  94108.2693 |
|   | Telephone:    415.433.1940 |
| 5 | Facsimile:     415.399.8490 |
|   | lporter@littler.com |
| 6 | rrahm@littler.com |

Attorneys for Defendant
WELLS FARGO HOME MORTGAGE, A
DIVISION OF WELLS FARGO BANK,
NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GENARO PEREZ, individually and on behalf of all persons similarly situated and the general public, | Case No.  C 05 2722 MHP |
|---|---|
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT WELLS FARGO HOME MORTGAGE** |
| v. |   |
| WELLS FARGO MORTGAGE COMPANY and DOES 1 to 100, |   |
| Defendants. |   |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, NATIONAL ASSOCIATION substitutes Lindbergh Porter, Jr. and Richard Rahm of Littler Mendelson, P.C. as its counsel and attorneys of record in this matter.

**Former Attorney**

Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, NATIONAL ASSOCIATION:

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF SUBSTITUTION OF COUNSEL          (CASE NO. C 05 2722 MHP)

```
 1 │ ALLEN MATKINS LECK GAMBLE & MALLORY, LLP
   │ LINDBERGH PORTER, JR.
 2 │ RICHARD RAHM
   │ BALDWIN LEE
 3 │ Three Embarcadero Center, 12th Floor
 4 │ San Francisco, CA 94111
   │ Telephone:  415.837.1515
 5 │ Facsimile:  415.837.1516
 6 │ The Law Firm of Allen Matkins Leck gamble & Mallory, LLP is no longer its attorney in this
 7 │ matter.
 8 │                              New Attorney
   │ LITTLER MENDELSON, P.C.
 9 │ LINDBERGH PORTER, JR., CA State Bar No. 100091
10 │ RICHARD RAHM, CA State Bar No. 130728
   │ 650 California Street, 22nd Floor
11 │ San Francisco, CA 94108
   │ Telephone:  415.433.1940
12 │ Facsimile:  415.399.8490
   │ LPorter@littler.com
13 │ RRahm@littler.com
14 │
15 │                         Substitution Based on Consent
16 │      The undersigned consent to the substitution and certify that this substitution will not
17 │ delay the proceedings in this matter.
18 │ Date: 5/25/06
19 │                                           By: David Y. Otsuka, Senior Counsel
20 │                                           WELLS FARGO HOME MORTGAGE, A
   │                                           DIVISION OF WELLS FARGO BANK,
21 │                                           NATIONAL ASSOCIATION
22 │
23 │ Dated: _____
   │                                           ALLEN MATKINS LECK GAMBLE &
24 │                                           MALLORY, LLP
25 │
26 │                                           By: Baldwin J. Lee
   │                                           Former Attorneys for WELLS FARGO HOME
27 │                                           MORTGAGE, A DIVISION OF WELLS
   │                                           FARGO BANK, NATIONAL ASSOCIATION
28 │
```

LITTLER MENDELSON
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF SUBSTITUTION OF COUNSEL    2.    (CASE NO. C 05 2722 MHP)

| | |
|---|---|
| 1 | ALLEN MATKINS LECK GAMBLE & MALLORY, LLP |
| | LINDBERGH PORTER, JR. |
| 2 | RICHARD RAHM |
| | BALDWIN LEE |
| 3 | Three Embarcadero Center, 12th Floor |

ALLEN MATKINS LECK GAMBLE & MALLORY, LLP
LINDBERGH PORTER, JR.
RICHARD RAHM
BALDWIN LEE
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:    415.837.1515
Facsimile:     415.837.1516

The Law Firm of Allen Matkins Leck gamble & Mallory, LLP is no longer its attorney in this matter.

### New Attorney

LITTLER MENDELSON, P.C.
LINDBERGH PORTER, JR., CA State Bar No. 100091
RICHARD RAHM, CA State Bar No. 130728
650 California Street, 22nd Floor
San Francisco, CA 94108
Telephone:    415.433.1940
Facsimile:     415.399.8490
LPorter@littler.com
RRahm@littler.com

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Date:_____

By: David Y. Otsuka, Senior Counsel
WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, NATIONAL ASSOCIATION

Dated: 5/25/06

ALLEN MATKINS LECK GAMBLE & MALLORY, LLP

By: Baldwin J. Lee
Former Attorneys for WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, NATIONAL ASSOCIATION

NOTICE OF SUBSTITUTION OF COUNSEL          2.          (CASE NO. C 05 2722 MHP)

1  Dated: 5-25-06

                              LITTLER MENDELSON, P.C.
                              LINDBERGH PORTER, JR.
                              RICHARD H. RAHM

                              _____
                              Richard H. Rahm
                              Attorneys for Defendant
                              WELLS FARGO HOME MORTGAGE, A
                              DIVISION OF WELLS FARGO BANK,
                              NATIONAL ASSOCIATION

**SO ORDERED.**

Dated: May 31, 2006

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

Firmwide:81116677.1 820000.1160

NOTICE OF SUBSTITUTION OF COUNSEL     3.     (CASE NO. C 05 2722 MHP)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940