1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE WELLS FARGO HOME                    No. C-06-1770 EMC
     MORTGAGE OVERTIME PAY
9    LITIGATION

10   THIS CASE RELATES TO ALL CASES           **ORDER TERMINATING MDL ACTION**
     _____/
11                                             For Case Nos.:
                                               C-06-1770 EMC, *Mevorah, Urso*
12                                             C-06-4481 EMC, *Perry*
                                               C-05-1175 EMC, *Mevorah*
13                                             C-05-2722 EMC, *Perez*
                                               C-06-1991 EMC, *Miles*
14

15

16

17          Previously, the Court issued an order in which it asked the parties in each case comprising

18   the MDL action to show cause why Ms. Urso and Wells Fargo's stipulated request to terminate the

19   MDL action should not be granted and why the MDL action, including its underlying cases, should

20   not be dismissed with prejudice and terminated as a result. *See* Docket No. 424 (order).  The Court

21   noted in its order to show cause that a response was necessary

22                  *only if* a party believes that the MDL action, including its underlying
                    cases, should *not* be dismissed with prejudice and terminated as a
23                  result.  Thus, if counsel believe there is nothing to pursue, then they
                    need not respond, and the lack of a response shall be deemed an
24                  admission that the MDL action should be dismissed with prejudice and
                    terminated.
25

26   Docket No. 424 (Order at 2) (emphasis in original).

27          No party filed a response to the Court's order to show cause.  Accordingly, the Court hereby

28   **GRANTS** Ms. Urso and Wells Fargo's stipulated request to terminate the MDL action.  **In**

**United States District Court**
For the Northern District of California

**accordance with this order, the Clerk of the Court shall terminate the MDL action, including each underlying case, and close the file in each case. In addition, the Clerk of the Court shall transmit a copy of this terminating order to the MDL Panel consistent with MDL Rule No. 10.1(a).**

Any cases related to the MDL action, to the extent they have not been resolved, shall continue as individual cases. Now that the MDL action has been terminated, the plaintiffs in C-11-3841 JW should renotice their motion to relate to the next lowest-numbered case that is not part of the MDL.

IT IS SO ORDERED.

Dated:  December 6, 2011

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California

2